In the Matter of the Petition of J. EDWARD SIMMONS et al., Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Property Required in the Construction of Hillview Reservoir.

ARABELLA D. HUNTINGTON et al., as Executors of COLLIS P. HUNTINGTON, Deceased, Respondents.

*Matter of Simmons*, 141 App. Div. 120, affirmed.
(Argued May 29, 1911; decided June 13, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, which reversed an order of Special Term denying a motion to confirm a report of commissioners of appraisal in condemnation proceedings and directing a new appraisal before new commissioners.

*Archibald R. Watson, Corporation Counsel (H. T. Dykman* of counsel), for appellants.

*Tompkins McIlvaine, Herbert Parsons* and *Albert Southard Wright* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.